Danny Young, C53235
Name and Prisoner/Booking Number

California medical facility
Place of Confinement

P.O. Box 2000, V-135
Mailing Address

Vacaville, CA 95696-2000
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

**Aug 15, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Danny Jerome Young,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) P. Curry
(Full Name of Defendant)

(2)

(3)

(4)

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-1448-AC (PC)

(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: California Medical facility

Revised 3/15/2016

1

1 | COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2 | Name: __Young__                    __Danny__                    __Jerome__

3 |        (Last)                    (First)                    (Middle Initial)

4 | Prisoner Number:  __C-53235__

5 | Institutional Address: __California Medical Facility, P.O. Box 2000; V-135,__

6 | __Vacaville, California, 95696-2000__

7 |

8 | ### UNITED STATES DISTRICT COURT

9 | ### EASTERN DISTRICT OF CALIFORNIA

10 | __DANNY JEROME YOUNG__
*(Enter your full name.)*

11 |

12 | vs.                                      Case No. _____
*(Provided by the clerk upon filing)*

13 | __P. CURRY__                             **COMPLAINT UNDER THE**
                                            **CIVIL RIGHTS ACT,**

14 | _____                               **42 U.S.C. § 1983**

15 | _____
*(Enter the full name(s) of the defendant(s) in this action.)*

16 |

17 | ## I. Exhaustion of Administrative Remedies.

18 | *Note: You must exhaust available administrative remedies before your claim can go
forward. The court will dismiss any unexhausted claims.*

19 |

20 | A.  Place of present confinement __California Medical Facility__

21 | B.  Is there a grievance procedure in this institution?   **YES** ☒   **NO** ☐

22 | C.  If so, did you present the facts in your complaint for review through the grievance

23 | procedure?   **YES** ☒   **NO** ☐

24 | D.  If your answer is YES, list the appeal number and the date and result of the appeal at each

25 | level of review.  If you did not pursue any available level of appeal, explain why.

26 |     1. Informal appeal: __CDCR has two (2) levels of review, the__

27 | __Institutional and Headquarters' level. See Second and__

28 | __Third formal level, page #2.__

PRISONER COMPLAINT (rev. 8/2015)
*Page 1 of 3*

2. First formal level: _____

_____

3. Second formal level: Institutional level: Appeal # CMF SC 21000042, Closing Date June 11, 2021.

_____

4. Third formal level: Headquarters' level response: # CMF SC 21000042, Closing Date September 9, 2021

_____

E.   Is the last level to which you appealed the highest level of appeal available to you?

**YES** ☒        **NO** ☐

F.   If you did not present your claim for review through the grievance procedure, explain why.

N.A.

_____

_____

## II.  Parties.

A.   Write your name and present address.  Do the same for additional plaintiffs, if any.

Danny Jerome Young, California Medical Facility, P.O. Box 2000; V-135, Vacaville, California 95696-2000

_____

B.   For each defendant, provide full name, official position and place of employment.

P.Curry, Licensed Vocational Nurse, California Medical Facility, P.O. Box 2000, Vacaville, California, 95696

_____

_____

_____

_____

_____

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1. Plaintiff is a prisoner at the California Medical Facility (CMF) in the California Department of Corrections and Rehabilitation (CDCR).

2. Plaintiff suffers from an assortment of medical aliments that, at 63 years of age is particilarly debilitating, significantly affecting his daily activites.

3. One of Plaintiff's conditions is gastroesophageal reflux disease (GERD), a condition in which stomach acid and enzymes flow backward from the stomach into the esophagus, causing inflammation and pain in the esophagus. This reflux, in Plaintiff's disease becomes worst when he is laying down. Plaintiff is unable to sleep without a wedge pillow(See Statement of Claim)

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

1. Compensatory damages in the amount of $14,000 dollars;

2. Punitive damages in the amount of $70,000 dollars;

3. The cost of this suit;

4 Trial by jury on all issues triable.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: August 8, 2022

_____
Date

_____
Signature of Plaintiff

to elevate his head and upper body. It is well documented in the
Plaintiff's prison medical file that he experiences severe reflux
when force to sleep without a medical bed or a wedge pillow, incl-
uding waking up nightly choking on his saliva, a saliva that is
thick and leaves Plaintiff in a panic. It is also well documented
in the Plaintiff's prison medical file that he experiences severe
reflux when force to sleep without a medical bed or a wedge
pillow, including waking up nightly suffering from an unquench-
able burning and pain in his esophagus.

4. Plaintiff's condition is serious, treatment prescribed by
his primary physician, Dr. O.Petras, to relieve his gastroesopha-
geal reflux include both medication and housing restrictions/
accommodation that include under Durable Medical Equipment, as a
permanant medical order, a Wedge and Cervical Pillow(Exhibit A).

5. On April 1, 2021, Plaintiff reported to the medical clinic
after an order by Dr. Petras directing CMF medical staff to
personally exchange a worn and nolonger effective wedge pillow
for a 1 for 1 exchange with the Defendant, P. Curry, who was
responsible for maintaining the compliance of Durable Medical
Equipment's distribution. Although prisoner's would normally
make such an exchange on his own at CMF, the order issued by
Dr. Petras to specify that his staff personally engage Defendant
Curry was because of complaints by Plaintiff that Curry had a
history of attacking him and interferred/denied medical care
on previous occuasions ordered by his physicians, and had with-
held a wedge previously ordered by him.

6. On April 1, 2021, CMF Medical Assistant, Katelyn Dowell

(1)

attempted to follow Dr. Petras' order, but was herself denied by
Defendant Curry. Dowell submitted a progress note on.... April 1,
2021, stating: "this I/p (inmate patient) came to ACC with his
wedge pillow for a 1:1 exchange. I took the pillow up to B2 and
asked Ms. Curry for the exchange. She stated that because there was
a previous incident between the two the patient would have to come
down in two weeks when she schedules him. Patient was notified."
(Exhibit B)and C, the Inmate Priority Pass by Dr. Petras, signed by
the medical clinics Correctional Officer on front and on back by
medical assistant "Ms. Dowell", and the Encounter information Final
Report or progress note submitted by Katelyn Dowell ).

7. Defendant Curry delibeately, with intention and malice,
interferred with the treatment prescribed by Plaintiff's physician,
Dr. Petras, violating Plaintiff's right to needed medical care,
violating his right against retalitation and abuse under the Eighth
Amendment.

8. Defendant Curry does not have prescribing privileges as an
LVN.

9. This is not a case in which there is a difference of medical
opinion about which treatment is best for Plaintiff. Nor is this
a case of ordinary medical mistake or negligence. Rather, the
facts will show  and a jury could find, that the evidence is
undisputed that Plaintiff was denied medical care in violation of
the Eighth Amendment based on the deliberate indifference of
Defendant Curry.

10. Defendant Curry has a long history of not only targeting
Plaintiff, but other inmates as well. Defendant Curry has a long

(2)

history of complaints against her by both inmates and CMF Correcti-
ons/medical staff. In a civil complaint filed in Humphries v.
curry, 2022 U.S. Dist. LEXIS 99642, Defendant Curry was observed by
witnesses as knowingly mixing contaminated liquids from one inmate
patient in CMF's hospital with another , causing him to be violate-
ly sick. CMF and the CDCR found that Curry"violated California
Department of Corrections and Rehabilitation policy."

11. In response to Plaintiff's complaint against Defendant
Curry, CMF's Supervising Registered Nurse II found that Defendant
Curry "violated California Department of Corrections and Rehabil-
itation policy."(Exhibit D, finding by L. Scott, SMF SC 21000042,
dated 6/9/2021)

12. Supervising Nurse's Scott's findings were endorsed by the
Chief Executed Officer ( A), Dr. William Kusher III, DDS on 6/10/21.
(Exhibit D)

13. On September 9, 2021,S.Gates,Chief Health  Care Correspond-
ence and Appeals Brance Policy and Risk Management Services stated
"Reports indicate the content of the Confidenntial inquiry Report
supported the conclusion that staff did violate California Depart-
ment of Corrections and Rehabilitaion policy."(Exhibit D)

14. Defendant Curry acted under color of state law. Curry knew
or should have known in the proper exercise of her duties that her
actions did not reasonably advance a legitimate correctional
goal. She knew of or should have known in the proper exercise of
her duties  that her actions in denying Plaintiff the wedge pillow
as ordered by his physician would result in a danger to his health,
including pain.

(3)

15. As a result of Defendant Curry's actions, Plaintiff suff-
ered servere reflux , waking up in panic night after night chock-
ing on thick saliva, struggling to breathe

16. As a result of Defendant Curry's actions, Plaintiff suffered
burning pain from   regurgitation stomach acid and enzymes into
his esophagus.

17. Defendant Curry is being sued in her individual capacity

DATED: August 8, 2022

DANNY  JEROME YOUNG

(4)

# EXHIBIT

"A"

## ADA/Effective Communication Patient Summary

**As of:** 02/24/2021 12:40

### Patient Information

**NAME:** YOUNG, DANNY
**CDCR:** C53235

### Disability Placement Program

**Current DPP Code(s):**
* DPO

**DPP Verification/Accommodation Date:** 09/29/20 10:05:22 PDT

**Current Housing Restrictions/Accomodations:**
* Lifting Restriction
* Extra Time for Meals
* Transport Vehicle With Lift
* Limited Wheelchair User
* Bottom Bunk
* Ground Floor- No Stairs

### Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

### Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

### Testing of Adult Basic Education (TABE)

**TABE Score:** 11.3

**TABE Date:** 03/25/2014 00:00

### Learning Disabilities

**Learning Disabilities:**

### English Proficiency

**LEP:** No

**Primary Language:** English

### Durable Medical Equipment

**Current ISSUED DME:**
* Back Braces Permanent
* Eyeglass Frames Permanent
* Incontinence Supplies Permanent
* Mobility Impaired Disability Vest Permanent
* Therapeutic Shoes/Orthotics Permanent
* Walkers Permanent
* Wheelchair Permanent
* Other Permanent:Wedge & Cervical Pillow, SHOE INSOLES, Toilet seat lift/erector, SOCK ASSIST, Sunrise Orthotics : Resized 9 5E propet brown lace boots Grabber and Long Handle Sponge Sunrise ortho:Pt. boots W/ mods & lacewith adjustment.

### MHSDS

**MHLOC:** CCCMS

# EXHIBIT "B"


Progress Note-Medical Assistant                          YOUNG, DANNY JEROME - C53235
* Final Report *

# * Final Report *

**Encounter Info:** Patient Name: DANNY YOUNG,DOB: 05/08/1959,CDCR: C53235,FIN: 10000000911428741C53235,Facility : CMF,Encounter Type: Institutional Encounter

this I/p came to acc with his wedge pillow for a 1:1 exchange. I took the pillow up to B2 and asked Ms. Curry for the exchange. She stated that because there was a previous incident between the two the patient would have to come down in two weeks when she schedules him. Patient was notified

**Signature Line**
Electronically Signed on 04/01/2021 11:54 AM PDT

_____

Dowell, Katelyn MA, MA

**Completed Action List:**
* Perform by Dowell, Katelyn MA on April 01, 2021 11:54 PDT
* Sign by Dowell, Katelyn MA on April 01, 2021 11:54 PDT
* VERIFY by Dowell, Katelyn MA on April 01, 2021 11:54 PDT

Result type:        Progress Note-Medical Assistant
Result date:        April 01, 2021 11:52 PDT
Result status:      Auth (Verified)
Result title:       MA appt
Performed by:       Dowell, Katelyn MA on April 01, 2021 11:54 PDT
Verified by:        Dowell, Katelyn MA on April 01, 2021 11:54 PDT



Page 1 of 1

EXHIBIT "C"



CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE PRIORITY PASS

OTRR314

| | CDC# | HOUSING AREA/BED |
|---|---|---|
| | C59235 | A V 1 - 135001L |

**INMATE'S NAME**
Young, Danny Jerome

| ISSUE DATE | APPT. DATE | APPT. TIME |
|---|---|---|
| 03/25/2021 | 04/01/2021 | 11:00 |

**ISSUED BY**
Lt. UNKNOWN

**TYPE / REASON**
Medical/Nursing

**APPT. LOCATION**
ACC LVN Medical

**ARRIVAL TIME:** **REGARDED BY:** **RECORDED BY:**

**DEPART TO:**

**DEPART TIME:**



# EXHIBIT "D"



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Headquarters' Level Response

**Closing Date:** SEP 0 9 2021

**To:** YOUNG, DANNY (C53235)
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

**From:** California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:** CMF SC 21000042

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
Refer to the attached CDCR 602 HC, Health Care Grievance, in which you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

The institutional level reviewing authority categorized your health care grievance as a staff complaint and referred your health care grievance for a confidential inquiry to address the allegation of staff misconduct.

## HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, the supervisor's Confidential Inquiry Report, and all pertinent departmental policies and procedures were reviewed. Records indicate the content of the Confidential Inquiry Report supported the conclusion that staff did violate California Department of Corrections and Rehabilitation policy.

Complaints against staff are taken seriously and all efforts are made to ensure these matters are thoroughly researched and responded to in accordance with governing laws, rules, and policies. Any report generated or action taken is confidential and will not be released to inmates under any circumstances. You have been provided all information to which you have a right under California Code of Regulations, Title 15, Section 3999.231.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

D.YOUNG, C53235
CMF SC 21000042
Page 2 of 2

Per California Code of Regulations, Title 15, Section 3999.227(e), "The grievant is limited to one issue or set of issues related to a single health care discipline that can reasonably be addressed in a single health care grievance response." Your medical issue was bifurcated and addressed in health care grievance tracking number CMF HC 21000538.

Per California Code of Regulations, Title 15, Section 3004(a), "Inmates and parolees have the right to be treated respectfully, impartially, and fairly by all employees. Inmates and parolees have the responsibility to treat others in the same manner." Additionally, per the Health Care Department Operations Manual, Section 2.1.1, Patients' Rights, the individual patient's rights are maintained in concurrence with established medical ethics and to preserve the basic human dignity of the patient. Certain rights may be limited by reasonable application of security regulations.

Monetary compensation is outside the jurisdiction of the health care grievance process.

You have the right to exhaust your administrative remedies or file a civil action. It is your personal responsibility to obtain legal counsel if you so choose. The Prison Litigation Reform Act (42 U.S.C § 1997e[a]) states: "No action shall be brought with respect to prison conditions under § 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

If you have health care needs, you may access health care services by utilizing approved processes in accordance with California Correctional Health Care Services policy.

This decision exhausts your administrative remedies.

*Digitally signed by HCCAB*
*for Date: 2021.09.09 09:23:29 -07'00'*

September 9, 2021

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.

Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

TAFF COMPLAINT    AFF COMPLAINT

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: CMFSC 2100004 CMFHC 2 1 0 0 0 5 3 8 | | |
|---|---|---|---|---|
| | G. TAN RN | | | |
| Staff Name and Title (Print) | | Signature | | Date 04/08/21 |

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): Young Danny | CDCR #: C53235 | Unit/Cell #: V-135 |
|---|---|---|

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

## ~~SEE ATTACHED~~
CDC-1824/602

Supporting Documents Attached. Refer to CCR 3999.227   ☐ Yes   ☐ No

Grievant Signature:                     Date Submitted:

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.

**SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only     Is a CDCR 602 HC A attached? ☒ Yes   ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):   Date: _____   Date: _____

☐ Withdrawn (see section E)

☒ Accepted       Assigned To: L. Scott   Title: SRN Nursing   Date Assigned: 4/14/21   Date Due: 6/11/21

Interview Conducted?   ☒ Yes   ☐ No   Date of Interview: 4/21/21   Interview Location: V Wing Lobby

Interviewer Name and Title (print):   L. Scott   Signature: [signature]   Date: 6/09/2021

Reviewing Authority Name and Title (print):   L. Green CGO (A)   Signature: [signature]   Date: 6/10/21

| Disposition: See attached letter | ☐ Intervention | ☒ No Intervention |
|---|---|---|

HCGO Use Only: Date closed and mailed/delivered to grievant:   **JUN 11 2021**

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | | |
|---|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions | | |
| ☐ DPH☐ DPV☐ LD | ☐ Equipment☐ SLI | ☐ Patient summed information | | |
| ☐ DPS☐ DNH | ☐ Louder☐ Slower | Please check one: | | |
| ☐ DDP | ☐ Basic☐ Transcribe | ☐ Not reached*☐ Reached | | |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes | | |
| 4. Comments: | | | | |

RECEIVED CMF APR 0 8 2021 HCGO     COMPLETED CMF STAFF USE 2021 ONLY HCGO     RECEIVED HCCAB

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**   *CMFSC21000042*
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CMF **HC 2 1 0 0 0 5 3 8** Page 2 of 2
Tracking #:

**SECTION C:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

Grievant Signature: _____   Date Submitted: _____

**SECTION D:** HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only   Is a CDCR 602 HC A attached? ☒ Yes ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction)   Date: _____   Date: _____

☐ Withdrawn (see section E)   ☒ Accepted

☐ Amendment   Date: _____

Interview Conducted? ☐ Yes ☒ No   Date of Interview: _____   Interview Location: _____

Interviewer Name and Title (print): _____   Signature: _____   Date: _____

**Disposition:** See attached letter   ☐ Intervention   ☒ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant: **SEP 0 9 2021**

**SECTION E:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

Grievant Signature: _____   Date Submitted: _____

Staff Name and Title (Print): _____   Signature: _____   Date: _____

COMPLETED HCCAB SEP 0 9 2021

**STAFF USE ONLY**

Distribution. **Original** - Returned to grievant after completed. **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT** **STAFF COMPLAINT** DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602 HC A (10/18)                                                                          Page 1 of 2

**TREAT AS ORIGINAL**

| STAFF USE ONLY | |
|---|---|
| Tracking #: *CMFSC 21000042* | **CMFHC 2 1 0 0 0 5 3 8** |

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| Young Danny Jerome | C53235 | V-135 |

**SECTION A** | Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

    In compliance with medical orders from my PCP, I was issued an Inmate Priority Pass to ACC. CMF medical staff member, Dowell, took my old wedge pillow per doctors orders to B-2 medical supplies for exchange. In an act of retaliation and denial of needed medical care, LVN Curry refused to issue the wedge, stating I had refused to give her my I.D. card during a previous encounter and because of that, I could wait and she would issue me a pass to come to her in two weeks.

    As a result of Curry's actions, I awake several times each night chocking, afraid to go back to sleep, often not doing so. The level of discomfort is depressing, I am tired all the time and my physical pain has returned.

    This is a NOTICE, Curry has violated my rights, Curry's supervisor's have allowed Curry to get away with such actions for some time now, and both Curry and her supervisor's were placed on Notice by my 2/20/2021 complaint against them. I now seek monetary damages in an amount to be determined, based on, among other factors, each day I am denied my needed wedged pillow from 4/1/2021 until compliance against Curry and those who allow her to abuse me.

Grievant Signature: _(signature)_                        Date Submitted: 4/3/2021

**SECTION B** Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

Name and Title: _____  Signature: _____  Date : _____

**RECEIVED**
**CMF**
**APR 0 8** 2021
HCGO

**COMPLETED**
**CMF**
JUN 1 1 2021

**STAFF USE ONLY**

RECEIVED
HCCAB

**COMPLETED**
**HCCAB**
SEP 0 9 2021

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

*CMFSC A1000043*

Tracking #: CMF HC 2 1 0 0 0 5 3 0

| SECTION C: | Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section C only (Dissatisfied with Health Care Grievance Response): |
|---|---|

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Grievant Signature: _____  Date Submitted: _____

| SECTION D: | Staff Use Only: Grievants do not write in this area. Grievance Appeal Interview Clarification. Document issue(s) clarified during interview (if necessary at HQ Level). |
|---|---|

_____

_____

_____

_____

_____

Name and Title: _____  Signature: _____  Date : _____

## STAFF USE ONLY

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

  **HEALTH CARE SERVICES** 

### Institutional Level Response

Closing Date: **JUN 1 7 2021**

To:      YOUNG, DANNY (C53235)
A V 1135001LP
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

Tracking #    CMF SC 21000042

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
Refer to the attached CDCR 602 HC, Health Care Grievance, in which you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

The reviewing authority completed a review of the allegation of staff misconduct presented in the attached CDCR 602 HC, Health Care Grievance, and categorized your health care grievance as a staff complaint. Your health care grievance was referred for a confidential inquiry to address the allegation of staff misconduct.

## GRIEVANT INTERVIEW
On April 21, 2021, you were interviewed by L. Scott, Supervising Registered Nurse II (SRN II). You stated that you had a priority ducat pass from your doctor in order to receive your wedge pillow. You indicated that knowing the history between yourself and Licensed Vocational Nurse (LVN) Curry, you asked a nurse to pick up the wedge pillow for you. You then indicated that LVN Curry told the nurse that you will have to wait for two (2) weeks, even though there were plenty of pillows on-site. You stated that LVN Curry has been mean and uses her position to retaliate against the inmates when they do not cooperate with her. You concluded by stating that you feel LVN Curry's current supervisor is aware of her attitude and job performance, but has yet to do anything about the complaints.

## WITNESS INTERVIEW(S)

☐ No witnesses were interviewed.

☒ The following witnesses were interviewed: K. Dowell, Medical Assistant (MA)

## SUBJECT OF THE STAFF COMPLAINT INTERVIEW
P. Curry, LVN, was interviewed.

---

Note 1. The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

D.YOUNG, C53235
CMF SC 21000042
Page 2 of 2

## INSTITUTIONAL LEVEL DISPOSITION

No intervention, as the confidential inquiry is complete and all issues were adequately addressed.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record and all pertinent departmental policies and procedures were reviewed.

With respect to one or more of the issues grieved, it has been concluded that staff:

☐ did not violate California Department of Corrections and Rehabilitation policy.

☒ violated California Department of Corrections and Rehabilitation policy.

Complaints against staff are taken seriously and all efforts are made to ensure these matters are thoroughly researched and responded to in accordance with governing laws, rules, and policies. Any report generated or action taken is confidential and will not be released to inmates under any circumstances.

If you have health care needs, you may access health care services by utilizing approved processes in accordance with California Correctional Health Care Services policy.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

_____
Interviewer

**L. SCOTT**
Supervising Registered Nurse II
California Medical Facility

_____
6/9/2021
Reviewed and Signed Date

_____
Reviewing Authority

**WILLIAM KUSHNER III, DDS**
Chief Executive Officer (A)
California Medical Facility

_____
6/10/21
Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

STATE OF CALIFORNIA
HEALTH CARE GRIEVANCE ATTACHMENT ~~STAFF COMPLAINT~~    DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602 HC A (10/18)                                                          Page 1 of 2

**STAFF USE ONLY**    *CMF HC 21000538*

Tracking #:    ~~*CMFSC 21000042*~~                CMF ~~HC 21000538~~

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| Young  Danny Jerome | C53235 | V-135 |

**SECTION A** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

     In compliance with medical orders from my PCP, I was issued an Inmate Priority Pass to ACC. CMF medical staff member, Dowell, took my old wedge pillow per doctors orders to B-2 medical supplies for exchange. In an act of retaliation and denial of needed medical care, LVN Curry refused to issue the wedge, stating I had refused to give her my I.D. card during a previous encounter and because of that, I could wait and she would issue me a pass to come to her in two weeks.

     As a result of Curry's actions, I awake several times each night chocking, afraid to go back to sleep, often not doing so. The level of discomfort is depressing, I am tired all the time and my physical pain has returned.

     This is a NOTICE, Curry has violated my rights, Curry's supervisor's have allowed Curry to get away with such actions for some time now, and both Curry and her supervisor's were placed on Notice by my 2/20/2021 complaint against them. I now seek monetary damages in an amount to be determined, based on, among other factors, each day I am denied my needed wedged pillow from 4/1/2021 until compliance against Curry and those who allow her to abuse me.

Grievant Signature: _(signed)_                           Date Submitted: 4/3/2021

**SECTION B** Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

_____

_____

_____

_____

_____

Name and Title: _____ Signature: _____ Date : _____

RECEIVED
CMF
APR 0 8 2021
HCGO

COMPLETED
CMF
JUN 0 9 2021

RECEIVED
HCGO
JUN 3 0 2021

**STAFF USE ONLY**

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

*CMFSC 21000042*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: **CMF HC 2 1 0 0 0 5 3 8**

**SECTION C:** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section C only (Dissatisfied with Health Care Grievance Response):

Grievant Signature: _____          Date Submitted: _____

**SECTION D:** Staff Use Only: Grievants do not write in this area. Grievance Appeal Interview Clarification. Document issue(s) clarified during interview (if necessary at HQ Level).

Name and Title: _____          Signature: _____          Date : _____

# STAFF USE ONLY

**Distribution: Original** - Returned to grievant after completed, **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #:

**SECTION C:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

Dissatisfied: Complainant brought Eighth Amendment and Deliberate Indifference Claims against P. Curry and her Supervisor's. In a bifurcated hearing, it was concluded that Staff "violated California Department of Corrections and Rehabilitation Policy." Accordingly, Claimant is dissatisfied with the decision to deny monetary damages, and Request $70,000 in Compensatory, and $140,000 in punitive damages.

Finally, Claimant puts the California Medical facility, and the California Department of corrections and Rehabilitation on NOTICE: All documents in this appeal, including the interviews of K. Dowell, P. Curry and any other interviewed witness. The submitted Report by L. Scott, and Reports made in determining Disposition in SC 21000042, and this related grievance, HC 21000538, ARE Material to Civil litigation, and Should not be destroyed or damaged.(See Exhibit #1)

Grievant Signature: _Armando_   Date Submitted: June 21, 2021

**SECTION D: HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only**   Is a CDCR 602 HC A attached? ☐ Yes  ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: ___ Date: ___

☐ Withdrawn (see section E)  ☐ Accepted

☐ Amendment  Date: ___

Interview Conducted? ☐ Yes ☐ No  Date of Interview: ___  Interview Location: ___

Interviewer Name and Title (print): ___  Signature: ___  Date: ___

**Disposition:** See attached letter  ☐ Intervention  ☐ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant.

**SECTION E:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

Grievant Signature: ___

Date Submitted: ___

Staff Name and Title (Print): ___  Signature: ___  Date: ___

# STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: CMFHC 21000538 |
|---|---|---|
| G. TAN | | |
| RN | | |
| Staff Name and Title (Print) | Signature *MTan* | Date 04/08/21 |

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): Young, Danny | CDCR #: C53235 | Unit/Cell #: |
|---|---|---|

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

SEE ATTACHED
CDC 1824/602

Supporting Documents Attached. Refer to CCR 3999.227 ☐ Yes ☐ No

Grievant Signature:      Date Submitted:

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.

| **SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☒ Yes ☐ No |
|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section E)

☒ Accepted    Assigned To: *D McAlpin*   Title: *HCGC*   Date Assigned: 4/14/21   Date Due: 6/11/21

Interview Conducted? ☐ Yes ☒ No   Date of Interview: ———   Interview Location:

Interviewer Name and Title (print):    Signature:    Date:

Reviewing Authority Name and Title (print): *L Green CEO(A)*   Signature:    Date: 6/7/21

**Disposition:** See attached letter   ☐ Intervention   ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant:   **JUN 0 9 2021**

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments:   NO INTERVIEW

RECEIVED CMF APR 0 8 2021

STAFF USE ONLY



# CALIFORNIA CORRECTIONAL
# **HEALTH CARE SERVICES**



### Institutional Level Response

**Closing Date:**   JUN 0 5 2021

**To:**   YOUNG, DANNY (C53235)
A  V  1135001LP
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

**Tracking #:**   CMF HC 21000538

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Administrative ( Monetary Compensation ) | Monetary damages. |
| Issue: | Staff Complaints ( Rude or Unprofessional ) | You allege that on 4/1/21, LVN Curry denied the issuance/exchange of a new wedge pillow due to your ID refusal during a previous encounter. |

## INTERVIEW
Pursuant to California Code of Regulations, Title 15, Section 3999.228(f)(1), an interview was not conducted as you did not request one by initialing the appropriate box on the CDCR 602 HC, Health Care Grievance.

## INSTITUTIONAL LEVEL DISPOSITION

[X]  No intervention.      [ ]  Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. Monetary compensation is outside the jurisdiction of the health care grievance process.

California Code of Regulations, Title 15, Section 3999.227(e), "The grievant is limited to one issue or set of issues related to a single health care discipline that can reasonably be addressed in a single health care grievance response." Your staff complaint issue was bifurcated and addressed in health care grievance tracking number CMF SC 21000042.

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

D.YOUNG, C53235
CMF HC 21000538
Page 2 of 2

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

William Kushner III, DDS
Chief Executive Officer (A)
California Medical Facility

6/7/21
Reviewed and Signed Date

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

# ADA/Effective Communication Patient Summary

**As of:** 04/08/2021 09:20

## Patient Information

**NAME:** YOUNG, DANNY
**CDCR:** C53235

## Disability Placement Program

**Current DPP Code(s):**
* DPO

**DPP Verification/Accommodation Date:** 09/29/20 10:05:22 PDT

**Current Housing Restrictions/Accomodations:**
* Lifting Restriction
* Extra Time for Meals
* Transport Vehicle With Lift
* Limited Wheelchair User
* Bottom Bunk
* Ground Floor- No Stairs

## Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

## Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

## Testing of Adult Basic Education (TABE)

**TABE Score:** 11.3

**TABE Date:** 03/25/2014 00:00

## Learning Disabilities

**Learning Disabilities:**

## English Proficiency

**LEP:** No

**Primary Language:** English

## Durable Medical Equipment

**Current ISSUED DME:**
* Back Braces Permanent
* Eyeglass Frames Permanent
* Incontinence Supplies Permanent
* Mobility Impaired Disability Vest Permanent
* Therapeutic Shoes/Orthotics Permanent
* Walkers Permanent
* Wheelchair Permanent
* Other Permanent:Wedge & Cervical Pillow, SHOE INSOLES, Toilet seat lift/erector, SOCK ASSIST, Sunrise Orthotics : Resized 9 5E propet brown lace boots Grabber and Long Handle Sponge Sunrise ortho:Pt. boots W/ mods & lacewith adjustment.

## MHSDS

**MHLOC:** CCCMS

# ADA/Effective Communication Patient Summary

**As of:** 04/08/2021 09:20

## Patient Information

**NAME:** YOUNG, DANNY
**CDCR:** C53235

## Disability Placement Program

**Current DPP Code(s):**
* DPO

**DPP Verification/Accommodation Date:** 09/29/20 10:05:22 PDT

**Current Housing Restrictions/Accomodations:**
* Lifting Restriction
* Extra Time for Meals
* Transport Vehicle With Lift
* Limited Wheelchair User
* Bottom Bunk
* Ground Floor- No Stairs

## Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

## Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

## Testing of Adult Basic Education (TABE)

**TABE Score:** 11.3

**TABE Date:** 03/25/2014 00:00

## Learning Disabilities

**Learning Disabilities:**

## English Proficiency

**LEP:** No

**Primary Language:** English

## Durable Medical Equipment

**Current ISSUED DME:**
* Back Braces Permanent
* Eyeglass Frames Permanent
* Incontinence Supplies Permanent
* Mobility Impaired Disability Vest Permanent
* Therapeutic Shoes/Orthotics Permanent
* Walkers Permanent
* Wheelchair Permanent
* Other Permanent:Wedge & Cervical Pillow, SHOE INSOLES, Toilet seat lift/erector, SOCK ASSIST, Sunrise Orthotics : Resized 9 5E propet brown lace boots Grabber and Long Handle Sponge Sunrise ortho:Pt. boots W/ mods & lacewith adjustment.

## MHSDS

**MHLOC:** CCCMS